RANDY S. GROSSMAN
Acting United States Attorney
CONNIE V. WU
Assistant U.S. Attorney
Cal. Bar No.: 297177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8592
connie.wu@usdoj.gov

**SEALED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE ANGEL SERRANO, <br> a.k.a "El Joey" <br> Defendant. | Case No.: '21 MJ1569 <br><br> MOTION TO SEAL 1) COMPLAINT AND STATEMENT OF PROBABLE CAUSE, 2) ARREST WARRANT; AND 3) THIS MOTION, AND ORDER THEREON <br><br> [UNDER SEAL] |

The United States of America, by its counsel, moves to seal the 1) Complaint and Statement of Probable Cause, 2) Arrest Warrant, and 3) this Motion and Order in the above-captioned matter. Sealing is necessary because premature disclosure of the contents of the documents may cause the defendant to flee, cause destruction of evidence, and/or otherwise have a negative impact on this continuing investigation.

DATED: April 27, 2021.

Respectfully submitted,
RANDY S. GROSSMAN
Acting United States Attorney

_____
CONNIE V. WU
Assistant United States Attorney

SO ORDERED.

DATED: April 27, 2021

_____
HON. BARBARA L. MAJOR
United States Magistrate Judge