RANDY S. GROSSMAN
Acting United States Attorney
CONNIE V. WU
Assistant U.S. Attorney
California Bar No. 297177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8592
Email: connie.wu@usdoj.gov

Attorneys for the United States of America

FILED
APR 30 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SEALED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br>a.ka. "El Joey,"<br><br>Defendant. | Case No.: 21MJ1569-BLM<br><br>**NOTICE OF APPEARANCE**<br><br>[UNDER SEAL] |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

**NONE.**

1  Effective this date, <u>the following attorneys are no longer associated with this case</u>
2  and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in
3  this case (if the generic "U.S. Attorney CR" is still listed as active in this case in
4  CM/ECF, please terminate this association):

**NONE.**

DATED:  April 30, 2021

                                                  Respectfully submitted,

                                                  RANDY S. GROSSMAN
                                                  Acting United States Attorney

                                                  */s/ Connie Wu*

                                                  CONNIE V. WU
                                                  Assistant United States Attorney