

FILED

MAY 04 2021

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>Jose Serrano<br>    Defendant. | Criminal No. 21 mj 1569-BLM<br><br>DETENTION ORDER |

A. **Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C.§3142(f) of the Bail Reform Act, the Court orders the above named defendant detained without bail pursuant to 18 U.S.C. §3142(e) and (i).

B. **Statement of Reasons For the Detention**

The Court orders the defendant's detention because it finds:

__X__   By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

__X__   By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

1

1 C. **Findings of Fact**

2 The Court's findings are based on the evidence presented to the Court, including the
3 criminal complaint and attorney proffer(s), and the information contained in the Pretrial Services
4 Report. After considering all of the relevant information and evidence, the Court finds as follows:

5 (1) Nature and circumstances of the offense charged: *numerous drug + gun charges*

6 __X__ (a) The offense charged: *inc. felon in possession + possessing gun*
7 is a serious crime and carries a maximum penalty of __*life*__ *in furth of a crime → drug crime*
8 __X__ and a mandatory minimum sentence of __*10 year*__ *. crime*

9 _____ (b) The offense is a crime of violence.

10 _____ (c) The offense is a federal crime of terrorism listed in 18 U.S.C.
11 §2332b(g)(5)(B) for which the maximum term of imprisonment is 10 years or more.

12 __X__ (d) The offense involves a narcotic drug.

13 __X__ (e) The offense involves a large amount of controlled substances, to wit:
14 __*~5 lbs of cocaine at his home + 370g of meth*__.

15 (2) Weight of the evidence against the defendant. The Court acknowledges that this is the
16 least significant factor but finds as follows:

17 __X__ (a) There is probable cause to believe the named defendant committed the
18 charged offense.

19 _____ (b) The evidence against the defendant is strong including that _____
20 _____.

21 (3) History and characteristics of the defendant:

22 _____ The defendant appears to have a mental condition which may affect
23 whether the defendant will appear.

24 _____ The defendant has no/limited family ties to the community.

25 _____ The defendant is not a long time resident of the community.

26 _____ The defendant does not have significant community ties.

27 _____ The defendant has significant family ties to Mexico.

28 _____ The defendant has other significant ties to Mexico.

_____ The defendant does not have steady employment in the United States.

_____ The defendant does not have substantial financial resources or assets in the United States.

_____ The defendant did not present any/a sufficient bond proposal.

_____ Past conduct of the defendant:_____

\_\_X\_\_ The defendant has a history relating to drug abuse.

_____ The defendant has a history relating to alcohol abuse.

\_\_X\_\_ The defendant has a significant prior criminal record. *inc 2010 felony crime w/2016 SR violation*

_____ The defendant has a prior record of failure to appear at court proceedings.

\_\_X\_\_ The defendant has a prior record of probation, parole or supervised release violations and/or revocations.

_____ The defendant is an illegal alien and is subject to deportation.

_____ The defendant is a legal alien and will be subject to deportation if convicted.

_____ Other:_____.

_____ At the time of the current arrest, the defendant was on:

_____ Probation _____ Parole

_____ Release pending trial, sentence, appeal or completion of sentence.

(4) The nature and seriousness of the danger posed by the defendant's release are as follows: ① *Stepdaughter alleges that D raped her & there is now a restraining order @ D.* ② *D has is alleged to have numerous firearms & body armor.*

(5) Rebuttable Presumptions

In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the Court finds the defendant has not rebutted.

_____ (a) That no condition or combination of conditions will reasonably assure the safety of any other person and the community because the Court finds that the crime involves:

_____ (A) A crime of violence or a crime listed in 18 U.S.C. §2332b(g)(5)(B) for which the maximum sentence is 10 years or more; or

_____ (B) An offense for which the maximum penalty is life imprisonment or death; or

_____ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or,

_____ (D) A felony after the defendant had been convicted of two or more offenses described in (A) through (C) above,

AND the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above, which was committed while the defendant was on pretrial release and no more than five years have passed since his release from imprisonment for that crime.

__X__ (b) That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

__X__ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

__X__ (B) That the defendant has committed an offense under 18 U.S.C. §§924(c), 956(a) or 2332b.

_____ (C) That the defendant has committed an offense listed in 18 U.S.C. §2332b(g)(5)(B) which has a maximum penalty of 10 years or more.

_____ (D) That the defendant has committed an offense involving a minor victim under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), (2) or (3), 2252A(a)(1), (2), (3) or (4), 2260, 2421, 2422, 2423 or 2425.

D. **Additional Directives**

IT IS ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his counsel.

While in custody, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court.

IT IS SO ORDERED.

Dated: 5/4/21

BARBARA L. MAJOR
United States Magistrate Judge

cc: District Judge
All Counsel of Record