AO 442 (Rev. 11/11) Arrest Warrant

~~NOT FOR PUBLIC VIEW~~

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

~~SEALED~~

**FILED**
MAY 07 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America v.

JOSE ANGEL SERRANO,
a.ka. "El Joey,"

Defendant

UNSEALED PER ORDER OF COURT
4/30/21 dlg

Case No. 21 MJ1569

DATE: 4/28/21
ARRESTED BY: Ofc. Tyler Vallin
Chula Vista PD
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSE ANGEL SERRANO,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms;
21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute;
21 U.S.C. § 841(a)(1) – Possession of Cocaine with Intent to Distribute;
18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
Title 18 U.S.C. § 922(k) – Possession of Firearm with Obliterated Serial Number;
Title 26, U.S.C., §§ 5861(d) and 5871 – Possession of an Unregistered Firearm

Date: 04/27/2021

City and state: San Diego, California

Hon. Barbara L. Major, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                       _____ *Arresting officer's signature* |
|                                                      _____ *Printed name and title* |