UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANGEL SERRANO,<br>　　a.k.a. "El Joey,"<br><br>　　　　Defendant. | Case No.<br><br>I N F O R M A T I O N<br><br>Counts 1-4:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms;<br><br>Count 5:<br>21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute;<br><br>Count 6:<br>21 U.S.C. § 841(a)(1) – Possession of Cocaine with Intent to Distribute;<br><br>Counts 7-10:<br>18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime;<br><br>Count 11:<br>Title 18 U.S.C. § 922(k) – Possession of<br>Firearm with Obliterated Serial Number;<br><br>Count 12:<br>Title 26, U.S.C., §§ 5861(d) and 5871 – Possession of an Unregistered Firearm |

CVW:San Diego/Imperial
5/26/21

|   |   |
|---|---|
|   | Title 18, U.S.C., Sec. 924(d)(1), Title 26, U.S.C., Sec. 5872, Title 21, U.S.C., Sec. 853, and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The Acting United States Attorney charges:

### Count 1

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: a Springfield, model XD45, .45 ACP caliber pistol, bearing serial number US60713; all in violation of Title 18, United States Code, Section 922(g)(1).

### Count 2

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: a Samozaryadny Karabin sistemy Simonova (SKS), 7.62mm caliber rifle; all in violation of Title 18, United States Code, Section 922(g)(1).

### Count 3

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: a Marlin, .30-30 Winchester caliber lever action rifle,

bearing an obliterated serial number; all in violation of Title 18, United States Code, Section 922(g)(1).

## Count 4

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: a F1 Firearms, model AR, .223 Remington caliber rifle, bearing serial number 110-01197; all in violation of Title 18, United States Code, Section 922(g)(1).

## Count 5

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: 370 grams (13 ounces) of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 6

On or about March 16, 2021, within the Southern District of California, the defendant Jose Angel SERRANO, did knowingly and intentionally possess with the intent to distribute, 500 grams and more, to wit: approximately 2,615 grams (5.75 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 7

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, during and in relation to a

drug trafficking crime for which defendants may be prosecuted in a court of the United States, namely, possession of a controlled substance with the intent to distribute, the crimes charged in Counts 5 and 6, did knowingly possess a firearm, that is: a Springfield, model XD45, .45 ACP caliber pistol, bearing serial number US60713; in violation of Title 18, United Sates Code, Section 924(c)(1).

### Count 8

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, during and in relation to a drug trafficking crime for which defendants may be prosecuted in a court of the United States, namely, possession of a controlled substance with the intent to distribute, the crimes charged in Counts 5 and 6, did knowingly possess a firearm, that is: a Samozaryadny Karabin sistemy Simonova (SKS), 7.62mm caliber rifle, bearing unknown serial number; in violation of Title 18, United Sates Code, Section 924(c)(1).

### Count 9

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, during and in relation to a drug trafficking crime for which defendants may be prosecuted in a court of the United States, namely, possession of a controlled substance with the intent to distribute, the crimes charged in Counts 5 and 6, did knowingly possess a firearm, that is: a Marlin, .30-30 Winchester caliber lever action rifle, bearing an obliterated serial number;  in violation of Title 18, United Sates Code, Section 924(c)(1).

### Count 10

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, during and in relation to a drug trafficking crime for which defendants may be prosecuted in a court

of the United States, namely, possession of a controlled substance with the intent to distribute, the crimes charged in Counts 5 and 6, did knowingly possess a firearm, that is: a F1 Firearms, model AR, .223 Remington caliber rifle, bearing serial number 110-01197; in violation of Title 18, United Sates Code, Section 924(c)(1).

## Count 11

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, did knowingly possess a firearm with an obliterated serial number, to wit: a Marlin, .30-30 Winchester caliber lever action rifle, bearing an obliterated serial number, in violation of Title 18, United Sates Code, Section 922(k).

## Count 12

On or about March 16, 2021, within the Southern District of California, defendant Jose Angel SERRANO, did knowingly possess a silencer (manufacturer unknown), which is not registered to Jose Angel SERRANO in the National Firearms Registration and Transfer Record (NFRTR); in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1-12 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of one and more of the felony offenses alleged in Counts 5 and 6 of this Information, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United

5

States Code, Section 853(a)(1) and 853(a)(2), defendant JOSE ANGEL SERRANO shall forfeit to the United States any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 5 and 6 of this Information.  The property to be forfeited includes, but is not limited to: a Springfield, model XD45, .45 ACP caliber pistol, bearing serial number US60713; a Samozaryadny Karabin sistemy Simonova (SKS), 7.62mm caliber rifle; a Marlin, .30-30 Winchester caliber lever action rifle, bearing an obliterated serial number; a F1 Firearms, model AR, .223 Remington caliber rifle, bearing serial number 110-01197; 27 rounds of .45 caliber ammunition; $61,050 in U.S. currency; 2 large capacity magazines; two black body armor vests; and 30 rounds of .224 green tip, armor piercing ammunition.

Upon conviction of one or more of the offenses alleged in Counts 1-11 of this Information, defendant JOSE ANGEL SERRANO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: a Springfield, model XD45, .45 ACP caliber pistol, bearing serial number US60713; a Samozaryadny Karabin sistemy Simonova (SKS), 7.62mm caliber rifle; a Marlin, .30-30 Winchester caliber lever action rifle, bearing an obliterated serial number; a F1 Firearms, model AR, .223 Remington caliber rifle, bearing serial number 110-01197; 27 rounds of .45 caliber ammunition; 2 large capacity magazines; and 30 rounds of .224 green tip, armor piercing ammunition;

all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 12 of this Information, defendant JOSE ANGEL SERRANO shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms involved in the offense, including a silencer (manufacturer unknown);

If any of the above-described forfeitable property, as a result of any act or omission of the defendant a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

DATED: May 26, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: *Connie Wu*

CONNIE WU
Assistant U.S. Attorney