Holly S. Hanover
California State Bar No. 177303
1016 La Mesa Ave.
Spring Valley, CA 91977
619-295-1264
HollyHanover@gmail.com
Attorney for Defendant **Serrano**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>            Plaintiff,<br><br>v.<br><br>**JOSE ANGEL SERRANO**<br>            Defendant | Case No.: 21cr1590-JLS<br><br>Date:   July 2, 2021<br>Time:  1:30 p.m.<br><br>**NOTICE OF MOTIONS and MOTIONS TO:**<br><br>1) COMPEL DISCOVERY;<br>2) PRESERVE EVIDENCE and RETAIN ANY WITNESSES;<br>3) LEAVE TO FILE FURTHER MOTIONS |

TO:   RANDY S. GROSSMAN., or current UNITED STATES ATTORNEY; and
         CONNIE WU, and/or current ASSISTANT UNITED STATES ATTORNEY;

PLEASE TAKE NOTICE that on July 2, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Jose Angel Serrano, by and through his counsel, Holly S. Hanover, will ask this Court to enter an order granting the motions listed below.

## MOTIONS

Defendant, Jose Angel Serrano, by and through his attorney, Holly S. Hanover, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1)      Turn over Discovery to the Defense;

2)      Preserve the Evidence and Retain any Witnesses; and to

3)      Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

**Respectfully submitted,**

**Dated: June 21, 2021**          **s/Holly S. Hanover**
                                  **Holly S. Hanover**
                                  **Attorney for Defendant Serrano**