# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (THE HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   PLAINTIFF,<br><br>v.<br><br>JOSE ANGEL SERRANO<br>   DEFENDANT | Case No.: 21cr1590-JLS<br><br>ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

This matter comes before the Court upon the joint application of the parties to continue the hearing scheduled for July 2, 2021, and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the application, the Court makes the following findings:

For reasons stated in paragraph 12 of the motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS ORDERED that the motion to continue is granted. The motion hearing/trial setting scheduled for July 2, 2021, shall be continued to September 10, 2021, at 2:00 p.m.

**SO ORDERED.**

Dated: June 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

**21CR1590-JLS**