# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-1590-JLS |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| JOSE ANGEL SERRANO,<br>   aka "El Joey," | |
| Defendant. | |

Upon joint motion of the parties, pursuant to 18 U.S.C. § 3509(d), 18 U.S.C. § 3771(a), and Fed. R. Crim. P. 16(d), and good cause appearing, the Court finds that a protective order is needed to prevent the unauthorized dissemination, distribution, or use of discovery materials containing the personal identifiable information of victims and other third parties, to ensure that the victims in this case are afforded their statutory rights to dignity and privacy, and to protect against further harm to them and other third parties.

IT IS HEREBY ORDERED, that the privacy protection measures mandated by 18 U.S.C. § 3509(d) when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case, including but not limited to that:

1. The parties shall not disclose the substance of any discovery material received from the Government to any third party, unless such material is already a matter of public record, without prior approval of this Court.

2. Defense counsel shall review discovery with the defendant, and shall not provide a copy of any discovery to defendant, or leave a copy of the discovery with defendant.

3. The discovery may not be copied, reproduced, or further disseminated in any way or to any other person or entity who is not a part of the defense team, including defense counsel, paralegals, law clerks, secretaries, experts, investigators, assistants, interpreters, office personnel, and employees of defense counsel. All documents that disclose the name or any other information concerning a child are to be kept in a secure place to which no person who does not have reason to know their contents has access.

4. Nothing contained in this protective order shall prevent the parties from conducting an investigation of the facts of this case, including interviewing or taking statements from witnesses disclosed by the discovery materials.

5. Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom shall be returned to the Government within 10 days. Alternatively, the defense team (including assistants) may destroy or delete the materials from any place (physical or electronic) where they are stored and notify the Government of that activity after it has confirmed their destruction or deletion.

6. The parties shall be required to communicate the substance of this order and explain it to their client and any assistants before disclosing the substance of the discovery to their client or assistants.

SO ORDERED.

Dated:  September 3, 2021

Hon. Janis L. Sammartino
United States District Judge