Holly S. Hanover
California State Bar No. 177303
1016 La Mesa Ave.
Spring Valley, CA 91977
619-295-1264
HollyHanover@gmail.com
Attorney for Defendant **Serrano**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　PLAINTIFF,<br><br>v.<br><br>**JOSE ANGEL SERRANO,**<br>　　　DEFENDANT | Case No.: 21cr1590-JLS<br><br>Date:　September 10, 2021<br>Time:　2:00 p.m.<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING DATE** |

　　　Defendant, Jose Angel Serrano, by and through his counsel, Holly S. Hanover, unopposed by the government, requests that the Motion Hearing Date be continued from September 10, 2021, at 2:00 p.m. to January 28, 2022, at 1:30 p.m., because:

　　　1. Counsel for the government has been ill for several weeks,
　　　2. There are several discovery issues and requests currently outstanding,
　　　3. Extensive digital discovery has yet to be turned over, and
　　　4. Once this discovery is received, it will be necessary to navigate the constantly changing rules about client visitation and discovery review within his current facility, all while complying with a protective order. This discovery review could take a significant amount of time.

JOINT MOTION TO CONTINUE MOTION HEARING DATE - 1
**21cr1590-JLS**

Mr. Serrano is presently located at the Corecivic (CCA) facility in Otay Mesa. The parties agree to waive any speedy trial issues between the above dates.

Dated: September 7, 2021

Respectfully submitted,
s/ Holly S. Hanover
Attorney for Mr. Serrano

s/ Connie Wu
Assistant United States Attorney

JOINT MOTION TO CONTINUE MOTION HEARING DATE - 2
**21cr1590-JLS**