# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (THE HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   PLAINTIFF,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br>   DEFENDANT | Case No.: 21cr1590-JLS<br><br>Date:   September 10, 2021<br>Time:  2:00 p.m.<br><br>ORDER |

**Upon Good Cause Shown,**

**It is ORDERED** that the Motion Hearing/Trial Setting be continued from September 10, 2021, at 2:00 p.m. to January 28, 2022, at 1:30 p.m.  For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  September 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

ORDER - 1
**21CR1590-JLS**