1  JOHN LANAHAN
   CALIFORNIA BAR NO. 133091
2  501 West Broadway, Suite 1510
   San Diego, CA 92101-3526
3  (619) 237-5498
   E-mail: lawnahan@sbcglobal.net

4
   *Attorney for Defendant Jose Angel Serrano*
5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10            (HONORABLE JANIS L. SAMMARTINO)

11 | UNITED STATES OF AMERICA, | ) | Case No. 21cr1590-JLS |
12 |     Plaintiff, | ) | |
   | v. | ) | MOTION FOR SUBSTITUTION |
13 | | ) | OF COUNSEL |
   | JOSE ANGEL SERRANO, | ) | |
14 | | ) | |
   |     Defendant. | ) | |
15 | | ) | |

16     Jose Angel Serrano, the Defendant in this case, moves to substitute Attorney

17 John Lanahan as counsel of record in place of Holly S. Hanover, who had previously

18 appeared as counsel of record.

19 Dated: 11/30/2021
                                John Lanahan, Attorney at Law
20

21 Dated: NOV. 23, 2021
                                José Angel Serrano, Defendant
22

23 I consent to the above substitution

24 Dated: 11/30/21
                                Holly S. Hanover, Attorney at Law
25

26

27

28