UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 21cr1590-JLS (BLM) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JOSE SERRANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT

I, JOHN LANAHAN,

(1) am a citizen of the United States and am at least eighteen years of age.

(2) My business address is 501 West Broadway, Suite 1510, San Diego, California, 92101-3526;

(3) I am not a party to the above action;

(4) I have caused service of <u>DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL</u> by electronically filing the attached motion with the Clerk of the District Court using its ECF system, which electronically notifies them: AUSA Connie Wu

(5) That I caused a copy of this Motion for Substitution of Counsel to be delivered to the following party: Jose Serrano.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 39, 2021, at San Diego, California.

s/ *John Lanahan*
JOHN LANAHAN