UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARBARA L. MAJOR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 21cr1590-JLS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION |
| v. | ) | FOR SUBSTITUTION OF |
| | ) | COUNSEL |
| JOSE SERRANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Defendant's Motion to Substitute John Lanahan as Counsel is GRANTED. Attorney Holly Hanover is relieved.

Dated: 12/1/2021

HON. BARBARA L. MAJOR,
United States Magistrate Judge