JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101
Telephone:  (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br><br>  Defendant. | Case No. 21cr1590-JLS<br><br>Date: January 28, 2022<br>Time: 1:30 p.m.<br><br>**NOTICE OF SUPPLEMENTAL MOTIONS AND SUPPLEMENTAL MOTIONS TO (1) COMPEL THE PRODUCTION OF FURTHER DISCOVERY AND (2) FOR LEAVE TO FILE FURTHER MOTIONS** |

TO:   RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY, and CONNIE WU, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on Friday, January 28, 2022, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard, Jose Angel Serrano, by and through his attorney John Lanahan, will ask this Court to grant the motions listed below.

Respectfully submitted,

Dated: January 11, 2022

s/ *John Lanahan*
JOHN LANAHAN
*Attorney for Defendant Jose Angel Serrano*

-1-

## MOTIONS

Jose Angel Serrano, by and through his attorney John Lanahan, moves, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure 5, 12(b)(3), 12(b)(4), 12(b)(5), 14, 16, and 26.1, for an order granting the following motions:

1. Further Discovery;
2. Grant the Defense leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of point and authorities, and any and all other facts that may be presented to this Court at time this motion is heard.

DATED: January 11, 2022     Respectfully submitted,

s/ *John Lanahan*
John Lanahan
*Attorney for Jose Angel Serrano*