JOHN LANAHAN
California State Bar No. 133091
501 West Broadway, Suite 1510
San Diego, California 92101-3526
Telephone No. (619) 237-5498
E-mail: lawnahan@sbcglobal.net

*Attorney for Jose Angel Serrano*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br><br>Defendant. | Criminal No. 21cr1590-JLS<br><br>**STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL MOTIONS** |

**I. STATEMENT OF FACTS**

The following statement of facts is based upon the complaint and the 89 pages of four discs of photos provided the United States Attorney from the Chula Vista Police Department. Almost all the information relates to the search of Mr. Serrano's residence at 1760 Fernwood Drive in Chula Vista on March 15th and 16th, 2021. A motion for discovery was filed by prior counsel on June 21, 2021. The motion hearing/trial setting date has been continued twice since then, most recently to January 28, 2022, at 1:30. On December 1, 2021, current counsel was substituted in as counsel of record.

The reports generated by the Chula Vista Police Department indicate the police

-1-

1 searched areas of Mr. Serrano's house on March 15, 2021, prior to his arrest outside
2 his home and prior to the issuance of search warrant number 2103160019-CVPD-
3 MSG-SW signed by Judge Michael Groch. The discovery provided does not contain
4 that search warrant or any of the supporting application or the recording of a request
5 for a telephonic warrant prior to the issuance of the warrant.
6 //

## II. MOTION TO COMPEL THE PRODUCTION OF FURTHER DISCOVERY

Mr. Serrano adopts and joins the prior motions filed by prior counsel. In addition, he specifically asks the Government to provide (1) search warrant number 2103160019-CVPD-MSG-SW, issued by Judge Michael Groch prior to the execution of that warrant on March 16, 2021 (2) any information filed in an application for the search warrant and (3) the transcript or recording of any telephonic application made in support of the request for a search warrant.

//

## III. THE COURT SHOULD GRANT LEAVE TO FILE FURTHER MOTIONS.

Based upon the discovery provided so far, Mr. Serrano believes there is a basis for filing a meritorious motion to suppress evidence seized and Mr. Serrano's statements after he was detained outside his residence while his house and garage were being searched. He asks leave to file further motions once the search warrant and documents or recordings filed in support of that warrant have been produced, or leave to file a motion to suppress based upon a warrantless search of his home in the event the warrant cannot be produced.

//
//
//
//

## IV. CONCLUSION

For the foregoing reasons, Jose Angel Serrano respectfully requests that the Court tp grant his motion for further discovery and grant him leave to file further motions.

Respectfully submitted,

Dated: January 11, 2022

s/ *John Lanahan*
John Lanahan,
501 West Broadway, Suite 1510
San Diego, CA 92101-3526
(619) 237-5498
E-mail: lawnahan@sbcglobal.net

*Attorney for Jose Angel Cardona*