1  JOHN LANAHAN
   California State Bar Number 133091
2  501 West Broadway, Suite 1510
   San Diego, California  92101-3526
3  Telephone:  (619) 237-5498
   Email: lawnahan@sbcglobal.net
4
   *Attorney for Defendant Luis Raul Cardona*
5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10          **(HONORABLE JANIS L. SAMMARTINO)**

11  UNITED STATES OF AMERICA,          )    Case No. 21cr1590-JLS
                                       )
12        Plaintiff,                   )
                                       )    **JOINT MOTION TO**
13  v.                                 )    **CONTINUE MOTION**
                                       )    **HEARING TO FEBRUARY 4,**
14  JOSE ANGEL SERRANO,                )    **2022**
          Defendant.                   )
15  ─────────────────────────         )
                                       )
16

17        The United States of America, by and through AUSA Connie Wu; and Jose

18  Angel Serrano, by and through his attorney John Lanahan, jointly move, for the

19  reasons set forth in the attached declaration of counsel, that the motion hearing and

20  trial setting, currently scheduled for Friday, January 28, 2022, at 1:30 PM, be

21  continued to Friday, February 4, 2022, at 1:30 PM.

22        The parties agree that the time to continue this matter be excluded under 18

23  U.S.C.§ 3161(h)(1)(D) and (h)(7)(B)(i).

24  Dated: January 14, 2022          s/ *Connie Wu*
                                     AUSA Connie Wu
25
    Dated: January 14, 2022          s/ *John Lanahan*
26                                   JOHN LANAHAN
                                     *Attorney for Jose Angel Serrano*
27

28                                   -1-

DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. I substituted as retained counsel in this case on December 1, 2021.

3. Prior appointed counsel, Holly Hanover, filed Rule 12 motions to produce discovery and preserve evidence.

4. This matter is set for a hearing on pre-trial motions on Friday, January 28, at 1:30 PM.

5. In reviewing the discovery, I believed additional discovery should be produced, specifically the search warrant that was executed on March 16, 2021, at Mr. Serrano's former residence at 1760 Fernwood Road in Chula Vista.

6. That warrant and the affidavit or transcript of the telephonic application for that warrant is necessary or me to determine the merits and the precise basis to upon which to file a motion to suppress evidence found at Mr. Serrano's residence and on his person, and his post-arrest statements, on March 15-16, 2021.

7. On January 11, 2022, I filed a supplemental motion requesting that additional discovery. That motion is still pending.

8. I was recently diagnosed with COVID, and am unable to meet with my client, who is housed at CoreCivic in Otay Mesa, to prepare by today's date a necessary declaration under Local Rule 47.1(g) prior to a hearing on a motion to suppress evidence.

9. I have contacted AUSA Connie concerning my recent COVID infection and she joins in this motion to continue the motion hearing from January 28, 2022; to February 4, 2022.

1          8. The parties agree that the time from January 28, 2022, to February 4, 2022,

2    should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(i).

3

4    DATED: January 14, 2022                    s/ *John Lanahan*
                                                Declarant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       -3-                        21cr1590-JLS