UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 21cr1590-JLS |
| | ) |
| Plaintiff, | ) ORDER GRANTING |
| | ) JOINT MOTION TO CONTINUE |
| v. | ) MOTION HEARING AND TRIAL |
| | ) SETTING |
| JOSE ANGEL SERRANO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Continue the Motion Hearing and Trial Setting, scheduled for January 28, 2022, at 1:30 P.M.; to February 4, 2022, at 1:30 P.M., is GRANTED.

For the reasons set forth in the joint motion, time is excluded pursuant to 18 U.S.C. 3161(h)(1)(D) and (h)(7)(B)(i).

IT IS SO ORDERED.

Dated: January 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge