JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101-3526
Telephone:  (619) 237-5498
E-mail: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21cr1590-JLS |
| Plaintiff, | Date: April 1, 2022<br>Time: 1:30 PM |
| v. | |
| JOSE ANGEL SERRANO, | **DEFENDANT'S SUPPLEMENTAL MOTION TO SUPPRESS EVIDENCE AS THE RESULT OF AN ILLEGAL SEARCH** |
| Defendant. | |

TO:   RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY, and CONNIE WU, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on Friday, April 1, 2022, at 1:30 PM, or as soon thereafter as counsel may heard, Jose Angel Serrano, the defendant in this case, by and through his attorney John Lanahan, will ask this Court to issue an order granting the motion listed below.

## SUPPLEMENTAL MOTION

The defendant, Jose Angel Serrano, by and through his attorney, John Lanahan, asks this Court pursuant to the Fourth Amendment to the United States Constitution, Federal Rules of Criminal Procedure 12(b)(3), 12(b)(4), 16(a)(1), 26.2, Local Rule 47.1(g), and all other applicable statutes and local rules, for the following:

1. Supplemental Motion to Suppress Evidence as a result of an illegal search.

This supplemental motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: March 4, 2022

s/ *John Lanahan*
JOHN LANAHAN
*Attorney for Defendant Jose Angel Serrano*