DEFENDANT'S EXHIBIT A

# DECLARATION OF JOSE ANGEL SERRANO IN SUPPORT OF MOTION TO SUPPRESS ILLEGALLY SEIZED EVIDENCE

I, Jose Angel Serrano, hereby declare under penalty of perjury:

1. On March 15, 2021, I resided at 1760 Fernwood Road, Chula Vista, California.

2. I shared the residence with my wife Jacqueline, her three daughters and a tenant, Claudia Beltran.

3. The house had four bedrooms, three baths, a kitchen, family room off of the kitchen, dining room, front living room, anda large den on second floor. den

4. On the first floor was the living room, dining room, kitchen, family room, one and a half baths, one bedroom, and a garage.

5. On the second floor was a master bedroom with this an hers walk-in closets, two other bedrooms, a den, and two baths.

6. The first floor bedroom was rented to a tenant, Claudia Beltran, who had her own bathroom and a separate entrance to the house.

7. In that bedroom was a safe with an electronic key, which I carried on my person.

8. The garage had multiple locks and the garage door opener was disabled. Only I had access to it as my personal space in the house.

9. Inside the garage was a large locked Husky toolbox that only I had access to.

10. On March 15, 2021, at approximately 10:30 A.M., I left the hours with my business partner to deliver a pallet of vodka to North County.

11. When I returned home around 5:45 P.M., it was dark and we could not pull into my driveway because there were several police cars blocking the entrance.

-1-   21cr1590-JLS

12. While we were looking for a place to park, my car was pulled over at gunpoint and we drove into a neighbor's driveway.

13. We were ordered out of the car at gunpoint and I was handcuffed and placed in the back of a police car.

14. Right after that, the police searched me and my car without a warrant or my consent.

15. I did not feel free to go.

16. I was held handcuffed in the back of a police car for about an hour and a half.

17. During that time, I was questioned about a sexual assault and later about a firearm.

18. After being questioned about the sexual assault and the firearm, I was told I was not under arrest but could not return to my home.

19. I was told to remain in the police car while the police drafted a temporary restraining order.

20. About thirty minutes after that, I was arrested on charges of possession of firearm and drugs.

21. When I asked the police if they had a search warrant, they would not answer me.

22. Because of that, I told the police to stop searching my house because they did not have a warrant.

23. I was search twice.

24. The first time was a pat down search when I was told to leave my car at gunpoint.

25. The second search was when I was told I was under arrest for possession of firearms and drugs because they had been found in my home.

-2-   21cr1590-JLS

26. When I was searched a second time, an electric key that looked like a broken bracelet was taken from my front pants pocket without my consent.

27. After that, I was taken to the Chula Vista police station, booked, and released on bail for about two days.

28. At no time did I give my wife permission to allow access to the garage, the contents to the garage, or the wall safe in the front bedroom.

29. During the time I was detained and arrested, I was never shown a search warrant.

DATED:

*/s/ Jose A. Serrano*
Jose Angel Serrano