DEFENDANT'S EXHIBIT B

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,**

**COUNTY OF SAN DIEGO**

STATE OF CALIFORNIA,)        **AFFIDAVIT FOR SEARCH WARRANT**

        **(ss.**

COUNTY OF SAN DIEGO )     No. <u>2103160019-CVPD-MSG-SW</u>

I, **Jeffrey Laine**, a law enforcement officer/agent or otherwise qualified affiant employed by **The Chula Vista Police Department** do on oath make complaint, say and depose the following on **3/15/2021** that I have substantial probable cause to believe and I do believe that I have cause to search:

**LOCATION, PROPERTY, AND/OR PERSON[S] TO BE SEARCHED**

A. The premises and all parts therein, including all rooms, safes, storage areas, containers, surrounding grounds, trash areas, garages and outbuildings assigned to or part of the residence located at 1760 Fernwood Road, Chula Vista, California 91913; further described as a two story home located on the south curb line, consisting primarily of a Green colored stucco, white trims, black roof tiles, a north facing green colored door; and the digits 1760 in black color affixed horizontally below a light fixture on the right side of the front door.

B. And, for all vehicles parked at or near the premises which can be identified as being associated with this location, by keys, documents, statements or DMV records, including the

000083

1    passenger compartment, trunk, engine compartment, living

2    areas and all parts and containers therein; Specifically, a

3    Gray 2009 BMW 328i, bearing California license plate

4    8HIJ697, WBAPK53559A510555, registered to Jose Angel

5    SERRANO.

6                          **ITEMS TO BE SEIZED**

7    1. Controlled substances, including but not limited to fentanyl

8       and compounds containing derivatives of fentanyl;

9    2. Paraphernalia for the packaging, use and sale of fentanyl,

10      including tinfoil wrapping, plastic bags, folded papers,

11      burnt spoons, hypodermic syringes and needles, balloons,

12      cotton, lactose and rubber tubing;

13   3. Written articles on the use and effects of narcotics;

14   4. Evidence of the transfer and sales of controlled substances

15      including scales and other weighing devices, articles of

16      personal property tending to establish and document sales of

17      the above-described substance including U.S. currency;

18   5. Computer hardware and software and all other devices capable

19      of digitally or electronically storing information,

20      including such devices as smart phones such as iPhones and

21      Android based cellular phones, Blackberries, computer

22      tablets such as iPad's, personal data assistants (PDAs) and

23      the like (these items will be seized, but not searched

24      unless and until a secondary ECPA warrant is obtained by law

25      enforcement for said items or the owner/possessor of said

26      items gives specific consent to search said items), and to

27

DocuSign Envelope ID: 3AB312FC-ABF9-44BC-B785-FCAA5BF7A17B

answer incoming phone calls, both landline and cellular, during the execution of the warrant;

6. Telephonic paging devices, buyer lists, seller lists, recordation of sales, address and telephone lists, other documentation reflecting the receipt or sales of controlled substances;

7. Firearms and ammunition;

8. Items evidencing the obtaining, secreting, transfer, and/or concealment, and/or expenditure of money, and/or related to the transportation, ordering, purchase and distribution of controlled substances;

9. Proceeds from the sales and transfer of controlled substances including United States currency, gold, precious metals, jewelry, works of art, precious collectible items such as stamps, trading cards, coins, celebrity autographs, and financial instruments including stocks and bonds which are the fruits, instrumentalities and/or evidence of heroin trafficking;

10.    And papers, documents and effects tending to show dominion and control over said premises, including keys, fingerprints, DNA samples (swab or buccal swab), clothing, prescription bottles, delivered mail, photographs, photographic negatives, undeveloped film, image disks, memory sticks, homemade videotapes, handwritings, documents and effects bearing a form of identification such as a

1         person's name, photograph, Social Security number or

2         driver's license number.

3                       **AFFIANT'S QUALIFICATIONS**

4 I have been a Police Officer for approximately 4 years and I am

5 currently assigned as a Detective on the Chula Vista Police

6 Department's Narcotics Enforcement Team (NET).  I have a master's

7 degree in International Relations from the University of San

8 Diego and a bachelor's degree in Political Science/Conflict

9 Resolution from San Diego State University. I am currently a

10 member in good standing with the CNOA (California Narcotic

11 Officers Association) from which I have completed a P.O.S.T.

12 certified 40-hour Basic Narcotic Investigator course and a 24-

13 hour DAR (Drug Abuse Recognition) course.  During my career I

14 have been involved as a student in over 210 hours of formal

15 classroom training in the area of narcotics, dangerous drugs, and

16 the investigation of the same. This instruction has been from the

17 CNOA, the basic POST California Police Academy, HIDTA (High

18 Intensity Drug Trafficking Area), Public Safety Alliance, and

19 others.

20

21 I have testified as an expert on narcotics in municipal court and

22 I have worked in an undercover capacity.  I am familiar with how

23 controlled substances are packaged, sold, and ingested.  I have

24 received training in the identification of many controlled

25 substances by sight, color, odor, and presumptive test kits. I am

26 also familiar with the paraphernalia related to the use and sales

27

1  of these controlled substances.  I have been directly involved in

2  over 160 arrests for possession of various dangerous drugs and

3  under the influence of dangerous drugs.  I have been indirectly

4  involved in over 220 additional arrests for possession of various

5  dangerous drugs. The controlled substances I have made arrests

6  for include marijuana, methamphetamine, cocaine, ecstasy, heroin,

7  psilocybin, PCP, fentanyl, fentanyl analogs, and controlled

8  prescription medications.

9                          **PROBABLE CAUSE**

10  During the course of my duties, I have learned the following

11  information based upon my own investigation, and review of oral

12  and written reports by other law enforcement officers and

13  detectives.  All locations referred to in the below facts are

14  located within the county of San Diego, all dates refer to the

15  current year unless stated otherwise.

16  On March 15, 2021, at approximately 1805 hours, CVPD Agent Shaun

17  Myers responded to a call for service at 1760 Fernwood Road,

18  Chula Vista California 91913. Officers responded to the residence

19  regarding a rape investigation. On arrival,  CVPD Officers spoke

20  with a 14-year-old female and her mother.  During the

21  investigation, Officer's documented and investigated a 261 PC-

22  Rape report, based on the victim's statements.  The suspect was

23  identified by the victim and her mother as being, Jose Angel

24  SERRANO, date of birth: 7-15-1973 (Hereafter as, "SERRANO").

25  Victim reported being given "cocaine" by SERRANO and being

26  sexually assaulted last night while at the house.  Victim's

27

DocuSign Envelope ID: 3AB212EC-ABF9-4ABC-B735-FCAA5BF7A176

1  mother and current wife of SERRANO, Jacqueline VALENZUELA

2  (Hereafter as, "VALENZUELA") told officer SERRANO was using and

3  possessed drugs.  VALENZUELA advised she lives at the residence

4  with SERRANO and her 14-year-old daughter.  VALENZUELA stated

5  SERRANO is known to carry and conceal a loaded handgun with him.

6  VALENZUELA also pointed out SERRANO's known drug concealed

7  location in the garage inside a tool box.

8  While at the scene, officers observed SERRANO in the front

9  passenger seat of his vehicle being driven by an unknown male.

10 SERRANO was detained a short distance away from the residence and

11 questioned by officers.   SERRANO admitted to being in the same

12 room with the 14-year-old victim last night but denied any wrong

13 doing.  While Officer continued to investigate, VALENZUELA,

14 located the key to the toolbox, and without instruction opened it

15 up.  She alerted Officers of what she found and showed Agent

16 MYERS.  Agent MYERS located a plastic bag containing a white

17 crystal-like substance. Additionally, five separate baggies

18 containing 10 blue colored pills with the imprint M 30 were

19 located inside the tool box.  Based on the officer's training and

20 experience, the blue pills are believed to be Fentanyl pills. The

21 white crystal-like substance later presumptively tested positive

22 for Methamphetamine with a net weight of approximately 23.5

23 grams. Two working digital scales, several handwritten documents,

24 papers with written numbers and notes indicative of "pay and

25 owes" were also located.

26

27

000088

DocuSign Envelope ID: 3AB212FC-ABE9-44BC-B785-FCAA5BF7A176

1  Based on the evidence located in the tool box, SERRANO was placed

2  under arrest for 11352/11378 H&S- Possession of a Controlled

3  Substance For Sale.  SERRANO is currently being processed at the

4  CVPD jail on the above charge.

5  While Officers searched SERRANO's vehicle incident to his arrest,

6  Officer T. Sinclair located approximately $15,000 in US currency

7  in the glove compartment.  Officer Sinclair also located a small

8  plastic baggie containing and a crystalline substance underneath

9  the driver's floorboard.  Detective Pereira later tested the

10 substance using a NARK II test kit and the substance tested

11 presumptively positive for Methamphetamine.

12 SERRANO'S wife later showed Officer Sinclair SERRANO's firearm

13 which was located in the shared master bedroom in a dresser.

14 Officer Sinclair recovered a loaded black and gold 9mm handgun

15 with "El Joey" engraved on the handgun. "El Joey" shows SERRANO

16 was the owner of this handgun. Though a round was not chambered,

17 the handgun was loaded with a magazine containing 15 rounds of

18 9mm ammunition.

19 14-year-old victim is currently at Children's Hospital being

20 evaluated and screened by staff for sexual assault. It is

21 noteworthy that despite SERRANO being in custody, he could bail

22 out and retrieve weapons located in the house placing the wife

23 and child in imminent danger.   Detectives are currently holding

24 the residence.

25

26

27

000089

**OPINIONS AND CONCLUSIONS**

Based on my training, experience, observations, and the totality of the circumstances, I believe 1760 Fernwood Drive, Chula Vista will contain sales quantities of Methamphetamine and Fentanyl and possibly other narcotics.

My opinion also takes into account that these observations have occurred recently and are consistent with all the information obtained by CVPD officers/detectives.

Based on my training and experience, I know drug dealers will often keep all or various portions of their narcotics in their homes, vehicles, or storage facilities. This is done for several reasons. Given both the criminal nature of their business as well as their financial investment in inventory, drug dealers are always concerned about becoming compromised and losing their narcotics or the money derived from their drug sales to law enforcement authorities during a search. Similarly, they are also afraid of being "ripped off" (becoming a theft victim) by rival dope dealers. Consequently, dope dealers will often hide all or part of their "stash" (inventory) in their homes, storage facilities, or in one or more of their vehicles. These vehicles include ones in the drug dealer's possession, for example, taken in trade or collateral for drugs, but not registered in the drug dealer's name.

I also know drug dealers will often register cars they own in the names of others in order to avoid loss of the vehicles through asset forfeiture laws in the event they are investigated or

DocuSign Envelope ID: 3AB213FC-ADF8-4ABG-B785-F5AA5B57A176

1  arrested.  Including vehicles that are registered to family or

2  friends, or others residing in their home.  I therefore believe I

3  could find narcotics in the above-mentioned storage locker and

4  vehicles. Where evidence is provided showing the suspect uses

5  more than one vehicle, including vehicles belonging to others,

6  the courts have approved searches for "any vehicle under [his]

7  control at the time [the] warrant is served." (People v. Sanches

8  (1981) 116 Cal.App.3d 720, 727-728.)

9  Based on my training and experience, I know persons who sell

10  controlled substances become deeply involved in the process

11  because the manufacture and sale of such contraband is an ongoing

12  type of business, because it takes time to develop 'clientele'

13  and sources of supply and sales, the nature of drug abuse

14  requires a steady supply, and the business tends to be too

15  lucrative to abandon.  Therefore, those involved in sales

16  typically remain actively involved for prolonged periods of time.

17  Business records, as more fully described above, are frequently

18  maintained by those engaged in the 'business' of selling

19  controlled substances.  Also, those so engaged will frequently

20  maintain writings, books, business ledgers, lists, notations, and

21  other memoranda to assist them in their criminal enterprises.

22  These materials are created and maintained in much the same way

23  and for the same reasons as persons involved in legitimate

24  business keep similar materials and records.  I know drug dealers

25  commonly adapt modern technology to further their criminal

26  enterprises and will often maintain such records on computer hard

27

000091

DocuSign Envelope ID: 3AB213FC-ADF8-4ABG-B735-F5AA5BE7A176

1 | drives, external hard drives, and other forms of digital media.
2 | Likewise, personal computers with modems allow users to
3 | communicate through phone or cable television lines via e-mail
4 | and the Internet.  Such messages may be stored on computer disks,
5 | USB drives, or on the computer's hard drive and would tend to
6 | show communications in furtherance of a conspiracy as well as
7 | those with buyers and larger dealers.  Similarly, cell phones,
8 | smartphones and the like are regularly used to conduct controlled
9 | substance sales transactions and as such tend to contain evidence
10 | of such sales and transfer.
11 | My training and experience indicates persons dealing in
12 | controlled substance trafficking frequently arm themselves with
13 | firearms and ammunition and keep them available either in their
14 | premises, in their vehicles or on their person.  This phenomenon
15 | is primarily due to the large amounts of cash or valuable
16 | contraband involved in the drug trade and the fact that people so
17 | inclined tend to resort to violence to resist robbery, settle
18 | disputes or thwart capture by law enforcement.  The California
19 | Supreme Court has stated, "It is common knowledge that drug
20 | dealers typically use firearms and ammunition in the course of
21 | their drug sale operations." (People v. Bland (1995) 10 Cal.4th
22 | 991, 1005).  Also, presence of firearms, along with the other
23 | described evidence, will tend to circumstantially establish sales
24 | and provide a basis for alleging a violation of Penal Code
25 | section 12022(a).
26 |
27 |

000092

1  My training and experience indicated those involved in the sales

2  of a controlled substance often have co-conspirators and SERRANO

3  could easily make a jail call while in custody to have a co-

4  conspirator retrieve controlled substances and or/firearms from

5  the residence.

6  In addition, persons involved in the manufacture, sale and

7  purchase of controlled substances, often utilize telephones,

8  smart telephones, telephone answering machines, and paging

9  devices for communication purposes between others involved in

10  this illicit enterprise. Persons attempting to arrange for the

11  sale, purchase, transportation and manufacture of controlled

12  substances frequently will contact their illegal business

13  customers and associates to negotiate business deals. Such

14  evidence will be probative as to the identity of the suspects

15  involved, the issue of dominion and control, and the issues of

16  whether any controlled substance located on the subject are

17  possessed for sale, and whether a suspect is involved in the

18  illegal trafficking or manufacture of controlled substances.

19  **NIGHT SERVICE REQUEST**

20  Night service is being requested for the following reasons: based

21  on my training and experience, I know persons involved in drug

22  trafficking fear detection by police and usually go to great

23  lengths to conceal their contraband.  The sale of controlled

24  substances frequently takes place late at night.  I know police

25  have a better chance of finding the contraband if they have the

26  option of conducting their search during a time of high activity.

27

000093

DocuSign Envelope ID: 3AB213FC-ADF8-44BC-B735-F5AA5B57A176

1  A drug dealer's supply may run out at any time.  The heaviest

2  activity usually occurs after their supply has been replenished.

3  I also know drug dealers will flush contraband down the toilet or

4  otherwise destroy evidence if they are alerted before officers

5  can give the Penal Code 1531 knock and notice of their presence.

6  Darkness or early morning hours often provides the best

7  opportunity to insure evidence is not destroyed.

8  So, the flexibility of searching day or night, with only short

9  notice, is necessary in order to seize as much of the dangerous

10  drugs as possible before it can either be sold and distributed in

11  the community or destroyed.   Prior to executing the warrant

12  attempts will be made, either through information or surveillance

13  of the premises, to attempt to execute the warrant when the most

14  contraband and evidence is present.  Based on these reasons I

15  respectfully request the Court grant my night service request.

16  Based on my training and experience, I believe that the above-

17  described subject is actively involved in the sales of narcotics

18  in the City of Chula Vista, and surrounding areas. Although the

19  suspect is currently in the custody of police, it is possible

20  that he could post bail and return to the home to destroy or

21  conceal evidence of my crimes. I also know, based on my training

22  and experience that narcotics dealers will frequently work with

23  other people and that the suspect could reach out to other even

24  while in custody and instruct them on how to conceal or destroy

25  evidence of narcotics sales.

26

27

000094

DocuSign Envelope ID: 3AB213FC-ADF8-44BC-B785-F5AA5BF7A176

1  Lastly, I know Fentanyl to be a very lethal narcotic. I have

2  cause to believe that there could be additional amounts of this

3  deadly narcotic in the home where the minor and Valenzuela are

4  still residing. In order to ensure their safety, it is necessary

5  to seize the items as soon as possible.

6                    **ADDITIONAL REQUESTS, IF ANY**

7

8

9

10

11      Based on the aforementioned information and investigation, I

12  believe that grounds for the issuance of a search warrant exist

13  as set forth in Penal Code 1524.

14      I, the affiant, hereby pray that a search warrant be issued

15  for the seizure of said property, or any part thereof, from said

16  premise, good cause being shown therefore, and that the same be

17  brought before this magistrate or retained subject to the order

18  of this Court.

19      I, the affiant, swear under penalty of perjury to the truth

20  of contents of this affidavit.

21

22      Jeffrey B Laine

23      I, your affiant, swear under penalty of
        perjury to the truth of the contents of this
24      affidavit and pursuant to P.C.1526(c)(1),
        hereby verify the same by my digital
25      electronic signature typed in by me above.

                    Signed and Sworn on
26      3/16/2021

27

1        This affidavit has been reviewed for legal sufficiency by

2    Deputy District Attorney Philippa Cunningham.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT'S EXHIBIT C

DocuSign Envelope ID: 3AB213EC-ADF8-4ABC-B735-FCAA5B57A176

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,**

**COUNTY OF SAN DIEGO**

S E A R C H   W A R R A N T

No. ___2103160019-CVPD-MSG-SW___

The People of the State of California, to any peace officer in the County of San Diego:

Proof, by affidavit, having been this day made before me by Affiant Jeffrey Laine, that there is substantial probable cause pursuant to Penal Code section 1524 for the issuance of the search warrant, as set forth in the affidavit attached hereto and made a part hereof as is fully set forth herein, you are, therefore, commanded to make search at any time of the Day or Night good cause being shown therefore.

**LOCATION, PROPERTY, AND/OR PERSON[S] TO BE SEARCHED**

A. The premises and all parts therein, including all rooms, safes, storage areas, containers, surrounding grounds, trash areas, garages and outbuildings assigned to or part of the residence located at 1760 Fernwood Road, Chula Vista, California 91913; further described as a two story home located on the south curb line, consisting primarily of a Green colored stucco, white trims, black roof tiles, a north facing green colored door; and the digits 1760 in black color affixed horizontally below a light fixture on the right side of the front door.

B. And, for all vehicles parked at or near the premises which
   can be identified as being associated with this location, by
   keys, documents, statements or DMV records, including the
   passenger compartment, trunk, engine compartment, living
   areas and all parts and containers therein; Specifically, a
   Gray 2009 BMW 328i, bearing California license plate
   8HIJ697, WBAPK53559A510555, registered to Jose Angel
   SERRANO.

**ITEMS TO BE SEIZED**

For the following property, to wit:

1. Controlled substances, including but not limited to fentanyl
   and compounds containing derivatives of fentanyl;

2. Paraphernalia for the packaging, use and sale of fentanyl,
   including tinfoil wrapping, plastic bags, folded papers,
   burnt spoons, hypodermic syringes and needles, balloons,
   cotton, lactose and rubber tubing;

3. Written articles on the use and effects of narcotics;

4. Evidence of the transfer and sales of controlled substances
   including scales and other weighing devices, articles of
   personal property tending to establish and document sales of
   the above-described substance including U.S. currency;

5. Computer hardware and software and all other devices capable
   of digitally or electronically storing information,
   including such devices as smart phones such as iPhones and
   Android based cellular phones, Blackberries, computer
   tablets such as iPad's, personal data assistants (PDAs) and

1   the like (these items will be seized, but not searched

2   unless and until a secondary ECPA warrant is obtained by law

3   enforcement for said items or the owner/possessor of said

4   items gives specific consent to search said items), and to

5   answer incoming phone calls, both landline and cellular,

6   during the execution of the warrant;

7   6. Telephonic paging devices, buyer lists, seller lists,

8   recordation of sales, address and telephone lists, other

9   documentation reflecting the receipt or sales of controlled

10   substances;

11   7. Firearms and ammunition;

12   8. Items evidencing the obtaining, secreting, transfer, and/or

13   concealment, and/or expenditure of money, and/or related to

14   the transportation, ordering, purchase and distribution of

15   controlled substances;

16   9. Proceeds from the sales and transfer of controlled

17   substances including United States currency, gold, precious

18   metals, jewelry, works of art, precious collectible items

19   such as stamps, trading cards, coins, celebrity autographs,

20   and financial instruments including stocks and bonds which

21   are the fruits, instrumentalities and/or evidence of heroin

22   trafficking;

23   10.    And papers, documents and effects tending to show

24   dominion and control over said premises, including keys,

25   fingerprints, DNA samples (swab or buccal swab), clothing,

26   prescription bottles, delivered mail, photographs,

27

1    photographic negatives, undeveloped film, image disks,

2    memory sticks, homemade videotapes, handwritings, documents

3    and effects bearing a form of identification such as a

4    person's name, photograph, Social Security number or

5    driver's license number.

6    If you find the same, or any part thereof, to bring it

7 forthwith before me at the Superior Court of the State of

8 California for the County of San Diego, or to any other court in

9 which the offense in respect to which the property or things is

10 triable, or retain such property in your custody, subject to the

11 order of this Court, pursuant to section 1536 of the Penal Code

12 unless seized under federal asset forfeiture laws pursuant to

13 Title 21 United States Code section 881 and to dispose of said

14 property pursuant to law when the property is no longer of

15 evidentiary value.

16

17    **ORDERS ON ADDITIONAL REQUESTS**

18

19    The court makes the following orders, if any, on the

20 additional requests in the affidavit:

21

22

23

24    **General Comments/Limits/Order**

25  Court presumes in training and experience the reference to testifying in "municipal court"

26 actually references superior court.

27

1

2

3

4

5

6    Having read and considered the sworn affidavit in support of

7  this warrant, this warrant is approved including the court's

8  orders on the request(s) as indicated above.  The warrant is

9  hereby issued on   3/16/2021 | 12:28:06 AM PDT

10    If you find the items authorized to be seized, or any part

11 thereof, you are ordered to bring it forthwith before me at the

12 Superior Court of the State of California for the County of San

13 Diego, or to any other court in which the offense in respect to

14 which the property or things is triable.

15    Alternatively you may retain such property in your custody,

16 subject to the order of this Court, pursuant to section 1536 of

17 the Penal Code unless seized under state or federal asset

18 forfeiture laws pursuant to Title 21 United States Code section

19 881 and to dispose of said property pursuant to law and the

20 impounding agency's evidence disposal protocols when the property

21 is no longer of evidentiary value.

22

23

24                                    *Judge Michael Groch*

25                          _____

                                     Judge of the Superior Court

26

27

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

**RECEIPT AND INVENTORY**

WARRANT NO. 2103160019-CVPD-MSG-SW

CASE NO. 210339I

JOSE ANGEL SERRANO
(name)

Receipt is hereby acknowledged, and the undersigned makes this inventory, of the following property and things seized by him/her this day in the search of the premises described in said warrant and taken pursuant thereto, to wit:

APPROX. 3 KILOS COCAINE

APPROX. 2 OUNCES METHAMPHETAMINE

APPROX. $50,000 USC

ELECTRIC MONEY COUNTER

.45 CALIBRE HANDGUN

(3) RIFLES

ITEMS OF DOC FOR JOSE SERRANO

(1) ELECTRONIC BRACELET THAT OPENS SAFE

(1) DVR

(3) CELL PHONES

BODY ARMOR × 2

PAY & OWES

DRUG PARAPHERNALIA

50 M-30 PILLS (SUSPECTED FENTANYL)

(1) SUPPRESSOR

DIGITAL SCALES

DATE: 3-16-21   TIME: 0200

SIGNED: D. Clark

DEPT./AGENCY: CVPD

ID NO.: ▮▮▮▮

I, JEFFREY LAINE _____, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property taken by me on the warrant.

Subscribed and sworn to before me

this 17TH day of MARCH 2021

Officer Executing Search Warrant

_____
Magistrate/Judge