UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>JOSE ANGEL SERRANO,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 21cr1590-JLS<br><br>CERTIFICATE OF SERVICE |

I, JOHN LANAHAN, certify that:

(1) am a citizen of the United States and am at least eighteen years of age.

(2) My business address is 501 West Broadway, Suite 1510, San Diego, California, 92101-3526;

(3) I am not a party to the above action;

(4) I have caused service of <u>DEFENDANT'S MOTION OT SUPPRESS EVIDENCE SEIZED WAS THE RESULT OF AN ILLEGAL SEARCH and EXHIBITS</u> by electronically filing the attached motions, memorandum of points and authorities, and exhibits with the Clerk of the District Court using its ECF system, which electronically notifies them: AUSA Connie Wu.

(5) That I caused a copy of these motion, memoranda, and exhibits to be delivered to the following party: Jose Angel Serrano

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2022, at Long Beach, California.

s/ <i>John Lanahan</i><br>
JOHN LANAHAN