JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California 92101-3526
Telephone: (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br>　　Defendant. | Case No. 21cr1590-JLS<br><br>**JOINT MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS EVIDENCE TO APRIL 22, 2022** |

The United States of America, by and through AUSA Connie Wu; and Jose Angel Serrano, by and through his attorney John Lanahan, jointly move, for the reasons set forth in the attached declaration of counsel, that the motion hearing scheduled for Friday, April 1, 2022, at 1:30 PM, be continued to Friday, April 22, 2022, at 1:30 PM.

The parties agree that the time to continue this matter be excluded under 18 U.S.C.§ 3161(h)(1)(D) and (h)(7)(B)(i).

Dated: March 22, 2022　　　　　s/ *Connie Wu*
　　　　　　　　　　　　　　　　AUSA Connie Wu

Dated: March 22, 2022　　　　　s/ *John Lanahan*
　　　　　　　　　　　　　　　　JOHN LANAHAN
　　　　　　　　　　　　　　　　*Attorney for Jose Angel Serrano*

-1-

DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. Prior appointed counsel, Holly Hanover, filed Rule 12 motions to produce discovery and preserve evidence.

3. I later substituted in as retained counsel and filed a supplemental motion requesting additional discovery, specifically the affidavit in support of the search warrant that was executed on my client's residence on March 16, 2021.

4. On March 4, 2022, after reviewing the affidavit in support of the search warrant, the search warrant, and the police reports generated by that search, I filed a motion to suppress evidence seized as a result of that search.

5. Since that motion was filed, I have conferred with opposing counsel AUSA Connie Wu, and the parties request an additional three weeks to prepare supplemental briefing prior to the Court setting an evidentiary hearing in this matter.

6. The parties agree that the time from April 1, 2022, to April 22, 2022, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(i).

DATED: March 22, 2022            s/ John Lanahan
                                 Declarant