UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 21cr1590-JLS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | MOTION HEARING/TRIAL |
| JOSE ANGEL SERRANO, | ) | SETTING |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Motion to Continue the Motion Hearing and Trial Setting, scheduled for April 1, 2022, at 1:30 P.M., to April 22, 2022, at 1:30 P.M., is GRANTED.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  March 23, 2022

Hon. Janis L. Sammartino
United States District Judge