1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                     (HON. JANIS L. SAMMARTINO)

11   UNITED STATES OF AMERICA,          ) 21cr1590-JLS
                                        )
12            Plaintiff,                ) ORDER GRANTING
13                                      ) JOINT MOTION TO CONTINUE
14   v.                                 ) MOTION HEARING
     JOSE ANGEL SERRANO,                )
15                                      )
16            Defendant.                )
17   _____   )

18        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint

19   Motion to Continue the Motion Hearing and Trial Setting, scheduled for April, 22,

20   2022, at 1:30 P.M.; to May 27, 2022, at 1:30 P.M., is GRANTED.

21        For the reasons set forth in the joint motion, time is excluded pursuant to 18

22   U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(i).

23        IT IS SO ORDERED.

24   Dated:  April 14, 2022

25                                      Hon. Janis L. Sammartino
                                        United States District Judge
26
27
28