JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101
Telephone:  (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21cr1590-JLS |
| Plaintiff, | Date: July 18, 2022 |
| | Time: 9:00 a.m. |
| v. | |
| JOSE ANGEL SERRANO, | **NOTICE OF SUPPLEMENTAL MOTIONS AND SUPPLEMENTAL MOTIONS TO (1) COMPEL THE PRODUCTION OF FURTHER DISCOVERY AND (2) FOR LEAVE TO FILE FURTHER MOTIONS** |
| Defendant. | |

TO:   RANDY S. GROSSMAN, UNITED STATES ATTORNEY, and CONNIE WU, ASSISTANT UNITED STATES ATTORNEY

     **PLEASE TAKE NOTICE** that on Monday, July 18, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, Jose Angel Serrano, by and through his attorney John Lanahan, will ask this Court to grant the motions listed below.

                    Respectfully submitted,

Dated: May 27, 2022          s/ *John Lanahan*
                   JOHN LANAHAN
                   *Attorney for Defendant Jose Angel Serrano*

-1-

**MOTIONS**

Jose Angel Serrano, by and through his attorney John Lanahan, moves, pursuant to the Fourth and Fifth Amendments to the United States Constitution, and Federal Rule of Criminal Procedure 12(b)(3), for an order granting the following Amended Motion to Suppress Evidence.

This amended motion to suppress is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of point and authorities, and any and all other facts that may be presented to this Court at time this motion is heard.

DATED: May 27, 2022                          Respectfully submitted,

                                             s/ *John Lanahan*
                                             John Lanahan
                                             *Attorney for Jose Angel Serrano*

-2-                          21cr1590-JLS