1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                        SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA          ) No. 21-cr-1590-JLS
                                      )
9                       Plaintiff,    ) ORDER
                                      )
10       v.                           )
                                      )
11                                    )
    JOSE ANGEL SERRANO,               )
12      *AKA EL JOEY,*                 )
                                      )
13                      Defendant.    )

14
15
16       The United States of America and defendant JOSE ANGEL

    SERRANO jointly move to continue the continue the evidentiary
17
    hearing set for September 7, 2022 to October 6, 2022 at 9AM, and
18
    set new briefing deadlines for a government response by
19
    September 15, 2022. The parties also jointly move to exclude
20
    time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).
21
         For reasons stated in paragraph 3 of the joint motion,
22
    incorporated by reference herein, the court finds the ends of
23
    justice served by granting the requested continuance outweigh
24
    the best interest of the public and the defendant in a speedy
25
    trial.
26
27
28
                                    1

IT IS ORDERED that the joint motion is granted. The hearing shall be continued to October 6, 2022 at 9:00am. The United States' response to the Defendant's motion to suppress is now due by September 15, 2022.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until October 6, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:  August 23, 2022

Hon. Janis L. Sammartino
United States District Judge

2