JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101-3526
Telephone:  (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br>　　　　Defendant. | Case No. 21cr1590-JLS<br><br>**JOINT MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS EVIDENCE TO NOVEMBER 1, 2022** |

　　　The United States of America, by and through AUSA Connie Wu; and Jose Angel Serrano, by and through his attorney John Lanahan, jointly move, for the reasons set forth in the attached declaration of counsel, that the motion hearing scheduled for Thursday, October 6, 2022, at 9:00 AM, be continued to Tuesday, November 1, 2022, at 9:00 AM.

　　　The parties agree that the time to continue this matter be excluded under 18 U.S.C.§ 3161(h)(1)(D) and (h)(8)(B)(i).

Dated: September 28, 2022　　　　*s/ Connie Wu*
　　　　　　　　　　　　　　　　AUSA Connie Wu

Dated: September 28, 2022　　　　*s/ John Lanahan*
　　　　　　　　　　　　　　　　JOHN LANAHAN
　　　　　　　　　　　　　　　　*Attorney for Jose Angel Serrano*

-1-

DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. On March 4, 2022, after reviewing the affidavit in support of the search warrant, the search warrant, and the police reports generated by that search, I filed a motion to suppress evidence seized as a result of that search.

3. That motion is set for a evidentiary hearing on Thursday, October 6, 2022, at 9:00 AM.

3. Since that motion was filed, a trial I had scheduled to begin on September 26, 2022, in *United States v. Felix Marquez Sanchez*, 21cr2894-01-DMS, was continued to October 3, 2022.

4. I believe that trial will not be finished by October 6, 2002, and the parties request that the hearing be continued to the next available court date.

5. The parties agree that the time from October 6, 2022, to November 1, 2022, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(i).

DATED: September 28, 2022                    s/ John Lanahan
                                             Declarant