UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 21cr1590-JLS |
|     Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JOSE ANGEL SERRANO, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

I, JOHN LANAHAN, certify that:

(1) am a citizen of the United States and am at least eighteen years of age.

(2)  My business address is 501 West Broadway, Suite 1510, San Diego, California, 92101-3526;

(3)  I am not a party to the above action;

(4) I have caused service of JOINT MOTION TO CONTINUE MOTION HEARING  by electronically filing the attached motion and declaration with the Clerk of the District Court using its ECF system, which electronically notifies them: AUSA Connie Wu.

(5) That I caused a copy of this joint motion to be served on the following party: Jose Angel Serrano

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2022, at San Diego, California.

s/ *John Lanahan*
JOHN LANAHAN