1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 21cr1590-JLS |
| | ) |
|    Plaintiff, | ) ORDER GRANTING |
| | ) JOINT MOTION TO CONTINUE |
| v. | ) EVIDENTIARY HEARING |
| JOSE ANGEL SERRANO, | ) |
| | ) |
|    Defendant. | ) |
| _____ | ) |

11

12

13

14

15

16

17

18     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint

19 Motion to Continue the Evidentiary Hearing scheduled for October 6, 2022, at 9:00

20 A.M.; to November 1, 2022, at 9:00 A.M., is GRANTED.

21     The parties agree that the time from October 6, 2022 to November 1, 2022,

22 is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(8)(B)(i).

23     IT IS SO ORDERED.

24 Dated:  September 28, 2022

*Janis L. Sammartino*

Hon. Janis L. Sammartino

25 United States District Judge

26

27

28