**John Lanahan**
California State Bar No. 133091
501 West Broadway, Suite 1510
San Diego, California 92101-3526
Telephone: (619) 237-5498
lawnahan@sbcglobal.net

*Attorney for Jose Serrano*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE SERRAN0,<br><br>　　　　　Defendant. | CASE NO.:　21-cr-1590-JLS<br><br>Date: November 1, 2022<br>Time: 9:00<br><br>NOTICE OF SUPPLEMENTAL MOTION AND MOTION TO DISMISS FIREARM CHARGES |

　　　TO; RANDY S. GROSSMAN, UNITED STATES ATTORNEY and CONNIE WU, ASSISTANT NITED STATES ATTONREY

　　　PLEASE TAKE NOTICE that on Tuesday, November 1, 2022, at 9:00 A.M. or as soon thereafter as counsel may be heard, Jose Serrano, by and through his attorney John Lanahan, will ask the Court to issue an order granting the motion listed below.

SUPPLEMANTAL MOTION

  Jose Serrano, the Defendant, by and through his attorney John Lanahan, ask this Court, pursuant to the Second Amendment to the United States Constitution, and Rule 12 of the Federal Riles of Criminal Procedure, to dismiss counts one through four, seven through ten, and eleven through twelve of the information filed in this case.

  This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing on this motion.

Dated: October 18, 2022

Respectfully submitted,

*John Lanahan*
Attorney for Jose Serrano

21cr1590-JLS