UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 21cr1590-JLS |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| JOSE SERRANO, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT

I, JOHN LANAHAN,

(1) am a citizen of the United States and am at least eighteen years of age.

(2) My business address is 501 West Broadway, Suite 1510, San Diego, California, 92101-3526;

(3) I am not a party to the above action;

(4) I have caused service of <u>DEFENDANT'S MOTION TO DISMISS COUNTS ONE THROUGH FOUR, SEVEN THROUGH TEN, AND ELEVEN THROUGH TWELVE WITH MEMORANDUM OF POINTS AND AUTHORITIES</u> by electronically filing the attached motion and memorandum with the Clerk of the District Court using its ECF system, which electronically notifies them.

(5) That I delivered copy of the foregoing motion and memorandum of points and authorities to the following parties: Jose Serrano.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2022, at San Diego, California.

s/ *John Lanahan*
JOHN LANAHAN