MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| USA | VS | Jose Angel Serrano |
|---|---|---|
| Case Number: 21cr1590-JLS | EXHIBIT LIST | Evidentiary Hearing |

___ Plaintiff    X  Defendant    ___ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| | | | **JOSE ANGEL SERRANO EXHIBITS** |
| N/A | 11/1/22 | N/A | "D-5" Video Clip - Body Cam Footage (2021-03-15 19:11) |
| N/A | 11/1/22 | N/A | "D-7" Video Clip - Body Cam Footage (2021-03-15 19:26) |
| N/A | 11/1/22 | N/A | "D-12" Video Clip - Body Cam Footage (2021-03-15 20:45) |
| N/A | 11/1/22 | N/A | "D-13" Video Clip - Body Cam Footage (2021-03-15 20:47) |
| N/A | 11/1/22 | N/A | "D-14" Video Clip - Body Cam Footage (2021-03-15 20:59) |
| | | | **GOVERNMENTS EXHIBIT LIST** |
| N/A | 11/1/22 | N/A | "Rape-15.mp4" Body Cam Footage (2021-03-15 19:26) |
| N/A | 11/1/22 | N/A | "Rape-4.mp4" Body Cam Footage (2021-03-15 19:11) |
| N/A | 11/1/22 | N/A | "Rape-25.mp4" Body Cam Footage (2021-03-15 20:48) |