RANDY S. GROSSMAN
United States Attorney
CONNIE V. WU
Assistant U.S. Attorney
California Bar No. 297177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8592
Email: connie.wu@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE ANGEL SERRANO, Defendant. | Case No. 21-cr-01590-JLS <br><br> **UNITED STATES' NOTICE OF LODGMENT OF GOVERNMENT VIDEO EXHIBITS FROM NOVEMBER 1, 2022 EVIDENTIARY HEARING** |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Connie Wu, Assistant United States Attorney, hereby provides notice that it has lodged with the court a flash drive containing the Government's video exhibits from the November 1, 2022 Evidentiary Hearing. The flash drive was previously provided to defense as part of discovery.

DATED: November 15, 2022

Respectfully submitted,

RANDY GROSSMAN
United States Attorney

*s/ Connie Wu*
Connie Wu
Assistant U.S. Attorney