JOHN LANAHAN
California State Bar No. 133091
501 West Broadway, Suite 1510
San Diego, California 92101-3526
Telephone No. (619) 237-5498
E-mail: lawnahan@sbcglobal.net

*Attorney for Jose Angel Serrano*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>　　　　Plaintiff, )<br><br>v. )<br><br>JOSE ANGEL SERRANO, )<br><br>　　　　Defendant. ) | Criminal No. 21cr1590-JLS<br><br>**NOTICE OF LODGMENT OF DEFENDANT'S VIDEO EXHIBITS ADMITTED DURING THE EVIDENTIARY HEARING ON NOVEMBER** 1, **2022** |

Jose Serrano, by and through his attorney John Lanahan, hereby files this Notice of Lodgment of a thumb drive containing Defendant's Video Exhibits D-5, D-7, D-12, D-13, and D-14, admitted during the evidentiary hearing on Defendant's Motion to Suppress Evidence. A similar flash drive was hand delivered to the United States Attorney's Office on November 2, 2022.

Dated: November 15, 2022

Respectfully submitted,

s/ *John Lanahan*
John Lanahan,
501 West Broadway, Suite 1510
San Diego, CA 92101-3526
(619) 237-5498
E-mail: lawnahan@sbcglobal.net

*Attorney for Jose Serrano*