UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 21cr1590-JLS |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| JOSE ANGEL SERRANO, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT

I, JOHN LANAHAN,

(1) am a citizen of the United States and am at least eighteen years of age.

(2) My business address is 501 West Broadway, Suite 1510, San Diego, California, 92101-3526;

(3) I am not a party to the above action;

(4) I have caused service of NOTICE OF LODGMENT OF DEFENDANT'S EXHIBITS by electronically filing the attached Notice of Lodgment with the Clerk of the District Court using its ECF system, which electronically notifies them.

(5) That I delivered copy of the foregoing Notice of Lodgment to the following party: Jose Angel Serrano.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2022, at San Diego, California.

s/ *John Lanahan*
JOHN LANAHAN