UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 21cr1590-JLS |
|     Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JOSE ANGEL SERRANO, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

I, JOHN LANAHAN, certify that:

(1) am a citizen of the United States and am at least eighteen years of age.

(2) My business address is 501 West Broadway, Suite 1510, San Diego, California, 92101-3526;

(3) I am not a party to the above action;

(4) I have caused service of <u>DEFENDANT'S SUPPELEMENTAL MEMORANDUM IN SUPPORT OF MOTION OT SUPPRESS EVIDENCE SEIZED WAS THE RESULT OF AN ILLEGAL SEARCH</u> by electronically filing the attached supplemental memorandum of points and authorities with the Clerk of the District Court using its ECF system, which electronically notifies them: AUSA Connie Wu.

(5) That I caused a copy of these motion, memoranda, and exhibits to be delivered to the following party: Jose Angel Serrano

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2022, in San Diego, California.

                                                    s/ *John Lanahan*
                                                  JOHN LANAHAN