RANDY S. GROSSMAN
United States Attorney
CONNIE V. WU
Assistant U.S. Attorney
California Bar No. 297177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8592
Email: connie.wu@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-01590-JLS |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' NOTICE OF LODGMENT OF FLASH DRIVE OF AMENDED GOVERNMENT VIDEO EXHIBITS FROM NOVEMBER 1, 2022 EVIDENTIARY HEARING** |
| JOSE ANGEL SERRANO, | |
| Defendant. | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Connie Wu, Assistant United States Attorney, hereby provides notice that it has lodged with the court one copy of the Flash Drive of Defendant Jose Angel Serrano. The Flash Drive is the AMENDED Government Video Exhibits from November 1, 2022 Evidentiary Hearing. An identical copy of this flash drive has been provided to defense counsel.

DATED: November 17, 2022                    Respectfully submitted,

                                            RANDY GROSSMAN
                                            United States Attorney

                                            *s/ Connie Wu*            .
                                            Connie Wu
                                            Assistant U.S. Attorney