JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101-3526
Telephone:  (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br>  Defendant. | Case No. 21cr1590-JLS<br><br>**JOINT MOTION TO AMEND THE BRIEFING SCHEDULE AND CONTINUE STATUS HEARING TO JANUARY 9, 2023** |

The United States of America, by and through AUSA Connie Wu; and Jose Angel Serrano, by and through his attorney John Lanahan, jointly move, for the reasons set forth in the attached declaration of counsel, that the briefing schedule set on November 16, 2022, be amended as follows: Government's Response to the Defendant's Motion to dismiss counts 1-4, 7-10, and 11-12 of the information is due on December 23, 2022; the Defendant's Reply is due on January 6, 2023.

The parties also move to continue the Status Hearing in the pending motion to suppress evidence and dismiss counts 1-4, 7-10, and 11-12 of the information, set for January 6, 2023, to January 20, 2023, at 1:30 PM

The parties agree that the time to continue this matter from January 6, 2023; to

1 | January 20, 2023, be excluded under 18 U.S.C.§ 3161(h)(1)(F) and (h)(8)(B)(i).

Dated: November 28, 2022          *s/ Connie Wu*
                                  AUSA Connie Wu

Dated: November 28, 2022          *s/ John Lanahan*
                                  JOHN LANAHAN
                                  *Attorney for Jose Angel Serrano*

## DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. Two potentially dispositive motions have been filed and are pending before this Court: (A) a motion to suppress evidence seized in Mr. Serrano's residence without a warrant and suppress evidence seized pursuant to a search warrant based upon the prior warrantless search, and (B) a supplemental motion to dismiss counts 1-4, 7-10, and 11-12 of the information as violative of the Second Amendment.

3. On November 1, 2022, the Court conducted an evidentiary hearing on the pending motion to suppress evidence, after which the parties filed supplemental briefing and the case was set for November 28, 2022, for a status hearing.

4. On November 16, 2022, the Court issued an order setting the following briefing schedule: the Government's Response to the Defendant's Motion to dismiss counts 1-4, 7-10, and 11-12 of the information is due on December 2, 2022; the Defendant's Reply is due on December 16, 2022.

5. The order also continued the status hearing set for November 28, 2022; to January 6, 2023, at 1:30 PM.

6. The parties request that the briefing schedule be reset and status hearing continued as follows: the Government's Response to the Defendant's Motion to dismiss counts 1-4, 7-10, and 11-12 of the information is due December 23, 2022; the Defendant's Reply is due January 6, 2023; and the status hearing continued to January 20, 2023.

7. I request the briefing schedule be reset and the status hearing continued because I will be out of the country from November 30, 2022; to December 17, 2022.

8. Opposing counsel AUSA Connie Wu joins in this motion because she is teaching at Harvard Law School the first week of January, followed by trials that begin on January 9, 2023; and January 16, 2023.

9. The parties agree that the time from January 6, 2023; to January 20, 2023, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(B)(i).

DATED: November 28, 2022            s/ *John Lanahan*
                                                      Declarant