UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>v.<br><br>JOSE ANGEL SERRANO,<br>　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 21cr1590-JLS<br><br><br>CERTIFICATE OF SERVICE |

I, JOHN LANAHAN, certify that:

(1) am a citizen of the United States and am at least eighteen years of age.

(2) My business address is 501 West Broadway, Suite 1510, San Diego, California, 92101-3526;

(3) I am not a party to the above action;

(4) I have caused service of <u>JOINT MOTION TO AMEND THE BRIEFING SCHEDULE AND CONTINUE MOTION HEARING</u> by electronically filing the attached motion and declaration with the Clerk of the District Court using its ECF system, which electronically notifies them: AUSA Connie Wu.

(5) That I caused a copy of this joint motion to be served on the following party: Jose Angel Serrano

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2022, at San Diego, California.

　　　　　　　　　　　　　　　　　　s/ *John Lanahan*
　　　　　　　　　　　　　　　　　　JOHN LANAHAN