UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 21cr1590-JLS |
| | ) |
| Plaintiff, | ) ORDER GRANTING |
| | ) JOINT MOTION TO AMEND THE |
| v. | ) BRIEFING SCHEDULE AND |
| JOSE ANGEL SERRANO, | ) CONTINUE STATUS HEARING |
| | ) ON PENDING MOTIONS |
| Defendant. | ) |
| _____ | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Motion to Amend the Briefing Schedule and Continue the Status Hearing on pending pre-trial motions, scheduled for January 6, 2023, at 1:30 P.M.; to January 20, 2023, at 1:30 P.M., is GRANTED. The parties agree that the two weeks from January 6, 2023, to January 20, 2023, is excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(B)(i).

The Government's supplemental response shall by filed by December 23, 2022 and Defendant's reply shall be filed by January 6, 2023.

IT IS SO ORDERED.

Dated:  November 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge