JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101-3526
Telephone:  (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>v.<br>JOSE ANGEL SERRANO,<br>　　Defendant. | Case No. 21cr1590-JLS<br><br>**JOINT MOTION TO CONTINUE STATUS HEARING TO AUGUST 25, 2023** |

　　The United States of America, by and through AUSA Connie Wu; and Jose Angel Serrano, by and through his attorney John Lanahan, jointly move, for the reasons set forth in the attached declaration of counsel, that the status hearing set for Friday, August 11, 2023, at 1:30 PM; be continued to Friday, August 25, 2023, at 1:30 PM.

　　The parties agree that the time to continue this matter from August 11, 2023; to August 25, 2023, be excluded under 18 U.S.C.§ 3161(h)(7)(A) and (h)(8)(B)(i).

Dated: August 7, 2023　　　　　s/ *Connie Wu*
　　　　　　　　　　　　　　　AUSA Connie Wu

Dated: August 7, 2023　　　　　s/ *John Lanahan*
　　　　　　　　　　　　　　　JOHN LANAHAN
　　　　　　　　　　　　　　　*Attorney for Jose Angel Serrano*

-1-

## DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. I represent the defendant in this case, Jose Serrano.

3. This matter is set for a status hearing on August 11, 2023, regarding pre-trial negotiations and to set a trial date.

4. On Friday, August 4, 2023, after returning from travel, I tested positive for COVID.

5. I currently manifest symptoms of a mild fever and mild cough.

6. For my own safety and those in the courthouse, I request that the status hearing in this matter be continued two weeks in order for me to recover from this latest bout with COVID.

7. The parties agree that the two weeks to continue this case be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(8)(B)(i).

DATED: August 7, 2023

s/ John Lanahan
Declarant