UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 21cr1590-JLS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | STATUS HEARING |
| JOSE ANGEL SERRANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Motion to Continue the Status Hearing scheduled for August 11, 2023, at 1:30 P.M.; to August 25, 2023, at 1:30 P.M., is GRANTED.

The parties agree that the two weeks from August 11, 2023, to August 25, 2022, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(8)(B)(i).

IT IS SO ORDERED.

Dated: August 8, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge