ANDREW R. HADEN
Acting United States Attorney
DAVID P. FINN
Assistant U.S. Attorney
California Bar No. 249247
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7342
Email: david.finn@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ANGEL SERRANO, <br><br> Defendant. | Case No.: 21-cr-01590-JLS <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should also be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

NONE.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Connie Wu.

DATED:  August 24, 2023

Respectfully submitted,

ANDREW R. HADEN
Acting United States Attorney

*/s/ David P. Finn*
DAVID P. FINN
Assistant United States Attorney
