JOHN LANAHAN
California State Bar No. 133091
501 West Broadway, Suite 1510
San Diego, California  92101-3526
Telephone No. (619) 237-5498
E-mail: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 21cr1590-JLS |
| Plaintiff, ) | Date: January 12, 2024<br>Time: 2:00 P.M. |
| v. ) | **MOTIONS *IN LIMINE* TO EXCLUDE (1) ANY REFERENCE TO THE UNDERLYING FACTS OF STATE CASE NUMBER SCS3199906 (2) OPINION TESTIMONY CONCERNING THE VALUE OF DRUGS OR (3) THE PROPENSITY OF DRUG TRAFFICKERS TO USE AND CARRY DRUGS (4) RESPONSE TO GOVERNMENT'S MOTION ADMIT EVIDENCE** |
| JOSE ANGEL SERRANO, ) | |
| Defendant, ) | |

TO: TARA K. McGRATH, UNITED STATES ATTORNEY, and
    AUSA DAVID P. FINN

PLEASE TAKE NOTICE that on Friday, January 12, 2024, at 2:00 P.M., or as soon thereafter as counsel may be heard, Jose Angel Serrano, by and through his counsel, John Lanahan, will ask this Court to enter an order granting the amended motions listed below.

**MOTIONS**

Jose Angel Serrano, the defendant, by and through his attorney, John Lanahan, pursuant to the Fifth, and Sixth Amendment to the United States Constitution, Federal Rules of Evidence 401, 403, and 702, and all other applicable statutes, case law and local rules, hereby files these motions *in limine* for an order to exclude:

    1. Any reference to the underlying facts on case number SCS319906 in the Superior Court of California.

    2. Expert testimony concerning the scope, structure, and practices of drug trafficking organizations.

    3. Expert testimony the value of the drugs seized.

    4. Admission of the nature of Mr. Serrano's prior felony convictions

Mr. Serrano also requests discovery under *Giglio v. United States*, 405 U.S. 105 (1972) and *United States v. Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir. 1992), concerning any possible benefits to each of these witnesses as a result of testifying for the Government.

Respectfully submitted,

Dated: December 29, 2023

s/ *John Lanahan*
JOHN LANAHAN
*Attorney for Jose Angel Serrano*