Tara K. McGrath
United States Attorney
David P. Finn
Assistant U.S. Attorney
California Bar No. 249247
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-7342
David.Finn@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br><br>Defendant. | Case No. 21CR1590-JLS<br><br>JOINT MOTION TO:<br><br>**Continue Trial Date to April 15th, 2024 and Exclude Time**<br><br>Date: March 26, 2024<br>Time: 9:30 a.m.<br><br>Hon. Janis L. Sammartino |

### Unopposed Motion to Continue Trial and Exclude Time

The parties in this case hereby request the Court continue the trial date to April 15, 2024, and exclude time under the Speedy Trial Act in the interest of justice.

1. On January 19, 2024, the Court set trial for this case on March 25, 2024, at 9:00 a.m. ECF No. 83.
2. During the following two weeks, the United States sent trial subpoenas to witnesses it intends to call in its case-in-chief.
3. On January 29, 2024, subpoenaed witness Chula Vista Police Department Sergeant O. Rivera—who seized several firearms during the search warrant—

notified the United States that he was leaving on a prepaid vacation on March 26, 2024. The United States did not ask for a trial continuance at that time because it intended to call that witness out of order first to accommodate their travel plans. The undersigned also learned that another witness, Detective Laine, who will be an expert witness, is also traveling on April 1, 2024, because he is getting married in Hawaii.

4. On March 5, 2024, the Court moved the start of the trial date to March 26, 2024. ECF No. 85.

5. The undersigned has confirmed with both witnesses that their travel plans remain set and witness Rivera would not be available for trial on March 26.

6. The undersigned has conferred with defense counsel, John Lanahan, who believes it is in his client's best interest to allow more time to prepare for trial and additional time to review the discovery and prepare the defense and would therefore join in the motion to continue and exclude time in the interest of justice.

7. The parties jointly move to exclude time under 18 USC 3161(h)(7), in the interest of justice to allow both sides additional time to prepare for trial and to allow the United States' witnesses to be present at trial.

## CONCLUSION

For these reasons the parties respectfully request the Court to continue the trial date to April 15, 2024, and exclude time under the Speedy Trial Act in the interest of justice.

DATED: March 12, 2024					Respectfully submitted,

							*/s/ David P. Finn*
							David P. Finn
							Assistant United States Attorney

							*/s/ John Lanahan*
							John Lanahan
							Counsel for Jose Serrano