JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101-3526
Telephone:  (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE ANGEL SERRANO,<br>  Defendant. | Case No. 21cr1590-JLS<br><br>**JOINT MOTION TO CONTINUE STATUS HEARING TO APRIL 5, 2024** |

The United States of America, by and through AUSA David Finn; and Jose Angel Serrano, by and through his attorney John Lanahan, jointly move, for the reasons set forth in the attached declaration of counsel, that the status hearing scheduled for Friday, March 22, at 2:00 PM, be continued to Friday, April 5, 2024 at 2:00 PM.

The parties agree that the time to continue this matter be excluded under 18 U.S.C.§ 3161(h)(7)(B)(i).

Dated: March 13, 2024         s/ *David Finn*
                              AUSA David Finn

Dated: March 13, 2024         s/ *John Lanahan*
                              JOHN LANAHAN
                              *Attorney for Jose Angel Serrano*

-1-

## DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. I represent the defendant, Jose Angel Serrano, in this case.

3. The Court has previously granted the joint motion to continue the trial in this case from March 26, 2024, to April 15, 2024.

4. The Court had originally set a status hearing on March 22, 2024, to be heard close to the original trial date of March 26, 2024.

5. The parties jointly move to continue the status hearing from March 22, 2024, to April 5, 2024, at 2:00 PM, to be closer to the new trial date in order for parties to address issues that may arise during trial preparation.

6. The parties agree that the time from March 22, 2024, to April 5, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).

DATED: March 13, 2024                     s/ John Lanahan
                                          Declarant