JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California  92101-3526
Telephone:  (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 21cr1590-JLS |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING TO SEPTEMBER 13, 2024** |
| JOSE NAGLE SERRANO, ) | |
| Defendant. ) | |

The United States of America, by and through AUSA David P. Finn; and Jose Angel Serrano, by and through his attorney John Lanahan, jointly move, for the reasons set forth in the attached declaration of counsel, that the sentencing hearing, currently scheduled for Friday, June 28, 2024, at 9:00 AM, be continued to Friday, September 13, 2024, at 9:00 AM.

The parties agree that the time to continue this matter be excluded under 18 U.S.C.§ 3161(h)(1)(D) and (h)(7)(B)(i).

Dated: June 21, 2024          s/ *David P. Finn*
                              AUSA David Finn

Dated: June 21, 2024          s/ *John Lanahan*
                              JOHN LANAHAN
                              *Attorney for Jose Angel Serrano*

-1-

DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. I represent Jose Angel Serrano in this matter.

3. This matter is currently set for sentencing on June 28, 2024; no prior continuance of the sentencing hearing has been requested.

4. Mr. Serrano has pleaded guilty to one count of felon in possession of a firearm, one count of possession of methamphetamine with the intent to distribute, and one count of possession of an unregistered firearm.

5. As part of the plea agreement, the Government has agreed to recommend a total sentence of ten years consecutive to the sentence of thirty-two years in prison imposed in case number SCS319906 in the Superior Court of California for San Diego County.

6. The state case was appealed to the Court of Appeal for the Fourth Appellate District, Division One in appeal number D082075.

7. On May 17, 2024, that Clourt remanded the case to the Superior Court for recalculation of Mr. Serrano's custody credits prior to sentencing.

8. The remittitur (final state order) in the state case has not yet issued and Mr. Serrano intends to file a Petition for Review in the California Supreme Court from the affirmance of other issues on his direct state appeal.

9. That Petition must be filed by June 27, 2024, and if filed will stay the issue of the remittitur until the California Supreme Court decides to take the case or deny the Petition for Review.

10. For this reason, the parties are filing this joint request to continue the

-2-                               21cr1590-JLS

sentencing in this case from June 28th to September 13, 2024, when the status of the state case may be final.

11. The parties agree that the time from June 28, 2024; to September 13, 2024, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).

DATED: June 21, 2024                s/ *John Lanahan*
                                                                     Declarant