JOHN LANAHAN
California State Bar Number 133091
501 West Broadway, Suite 1510
San Diego, California 92101-3526
Telephone: (619) 237-5498
Email: lawnahan@sbcglobal.net

*Attorney for Defendant Jose Angel Serrano*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE NAGLE SERRANO, ) <br> ) <br> Defendant. ) <br> ) | Case No. 21cr1590-JLS <br><br> **JOINT MOTION TO CONTINUE SENTENCING HEARING TO NOVEMBER 22, 2024** |

The United States of America, by and through AUSA Ashley Kaino-Allen; and Jose Angel Serrano, by and through his attorney John Lanahan, jointly move, for the reasons set forth in the attached declaration of counsel, that the sentencing hearing, currently scheduled for Friday, September 13, 2024, at 9:00 AM, be continued to Friday, November 22, 2024, at 9:00 AM.

The parties agree that the time to continue this matter be excluded under 18 U.S.C.§ 3161(h)(1)(D) and (h)(7)(B)(i).

Dated: September 6, 2024      s/ *Ashley Kaino-Allen*
                              AUSA Ashley Kaino Allen

Dated: September 6, 2024      s/ *John Lanahan*
                              JOHN LANAHAN
                              *Attorney for Jose Angel Serrano*

-1-

DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING

I John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court.

2. I represent Jose Angel Serrano in this matter.

3. This matter is currently set for sentencing on September 13, 2024; one prior continuance of the sentencing hearing has been requested.

4. Mr. Serrano has pleaded guilty to one count of felon in possession of a firearm, one count of possession of methamphetamine with the intent to distribute, and one count of possession of an unregistered firearm.

5. The Government has agreed to recommend a total sentence of ten years consecutive to the sentence of thirty-two years in prison imposed in case number SCS319906 in the Superior Court of California for San Diego County.

6. The state case was appealed to the Court of Appeal for the Fourth Appellate District, Division One in appeal number D082075.

7. On May 17, 2024, that Court remanded the case to the Superior Court for recalculation of Mr. Serrano's custody credits prior to sentencing.

8. That case is currently set n the Superior Court for November 14, 2024.

10. For this reason, the parties are filing this joint request to continue the sentencing in this case from September 13, 2024; to November 22, 2024, when the status of the state case will be final.

11. The parties agree that the time from September 13, 2024; to November 22, 2024, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).

DATED: September 6, 2024        s/ *John Lanahan*
                                Declarant