## UNITED STATES' SENTENCING SUMMARY CHART
[X] AND USA's MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: <u>November 22, 2024</u>

Defendant's Name: *JOSE ANGEL SERRANO*　　　Docket No.: 21CR1590-JLS
Attorney's Name: *Michael G. Wheat, AUSA*　　　Phone No.: *619-546-8437*
Guideline Manual Used: *November 2023*　　　Agree with USPO Calculations. Yes

**Base Offense Level**:
<u>USSG §2D1.1(c)(4)- 6,142.10 converted drug weight</u>　　　30
**Specific Offense Characteristics**:
<u>USSG §2D1.1(b)(1)-firearm possessed</u>　　　+2
**Adjusted Offense Level**:　　　32

☐ Combined (Mult. Counts) X Career Offender ☐ Armed Career Crim.　　　37
**Adjustment for Acceptance of Responsibility**:　　　-3

**Total Offense Level**:　　　34

Supervised Release Range (based on Total Offense Level):　<u>5</u> years

Fine Range (based on Total Offense Level):　<u>$250,000</u> to <u>$10,000,000</u>

**Criminal History Score**:　　　<u>12</u>
**Criminal History Category**:　　　<u>VI</u>
 **X** Career Offender ____ Armed Career Criminal

**Guideline Range**:　　　from <u>262</u> mths
(Range limited by: __**X**__ minimum mand. ____ statutory maximum)　to <u>3 2 7</u> mths

**Departures**: *None*

---

**RECOMMENDATION**:

**1**. <u>120 months custody, consecutive to San Diego Co. Sup. Crt. Case No.: CS319906;</u>
**2**. <u>5 Years S/R;</u>
**3**. <u>$300 S/As;</u>
**4**. <u>no fine;</u>
**5**. <u>Fourth Waiver;, and</u>
**6**. <u>Not associate with El Cajon Orphans Diablos Criminal Street Gang</u>