SENTENCING SUMMARY CHART

USPO ___
AUSA ___
DEF _x_

Defendant's Name: <u>Jose Angel Serrano</u>   Docket No. <u>21cr1590-JLS</u>

| | |
|---|---|
| Guideline Manual Used: November 1, 2023   Agree with USPO Calc.: | <u>No</u> |
| Base Offense Level: | <u>30</u> |
| Specific Offense Characteristics: USSG § 2D1.1(b)(1) | <u>+2</u> |
| Victim Related Adjustment: | <u>   </u> |
| Adjustment for Role in the Offense: | <u>   </u> |
| Adjustment for Obstruction of Justice: | <u>   </u> |
| Adjustment for Reckless Endangerment During Flight: | <u>   </u> |
| Adjusted Offense Level:<br>_ Combined (Mult. Counts)  _ Career Off.  _ Armed Career Crim. | <u>32</u> |
| Adjustment for Acceptance of Responsibility: | <u>-3</u> |
| Total Offense Level: | <u>29</u> |
| Criminal History Score: | <u>9</u> |
| Criminal History Category:<br>_ Career Offender  _ Armed Career Criminal | <u>IV</u> |
| Guideline Range:                                    from<br>(Range limited by: _ minimum mand. _ statutory maximum | <u>121</u> |
|                                                                      to | <u>151</u> mths |
| Departures or Variances: | |
| <u>Constitutional invalidity of firearm conviction (US v. Durate)</u> | <u>-2</u> |
| Resulting Guideline Range:                     from | <u>100</u> |
|                                                                      to | <u>125</u> mths |
| Mandatory minimum sentence 21 U.S.C. § 841(b)((1)(A)(viii) | <u>120</u> mths |

Recommendation: 120 months concurrent with 32 year prison (384 month) sentence in case number SCS319906

No fine

h:\forms\sentsum.cht