LAW OFFICE OF JOHN LANAHAN
501 West Broadway, Suite 1510
San Diego, CA 92101-3526
Telephone: (619) 237-5498
E-mail: lawnahan@sbcglobal.net
____Retained   _xx_ Appointed

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE _Hon. Janis L. Sammartino_  )  Court Reporter_____
)
UNITED STATES OF AMERICA,  )  No. _21cr1590-JLS_ Criminal
    (Plaintiff)  )
)  **NOTICE OF APPEAL (CRIMINAL)**
    vs.  )
)
JOSE ANGEL SERRANO,  )
    (Defendant)  )
)

Notice is hereby given that Jose Angel Serrano, defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

(X) final judgment (F. R. Crim. P. 32(b))

( ) sentence only (18 U.S.C. § 3742) Sentence imposed_____

(X) order (describe) _Denial of motion to suppress evidence and dismiss Counts four and twelve_

entered in this proceeding on the ___22nd___ day of November, 2024.

If government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. § 3742(b)(4)?
_ Yes _ No

DATED: Nov. 22, 2024                         _____/s/ Jose A. Serrano_____
                                             Signature*

Transcripts Required** _x_ Yes _ No  Date Ordered or to be ordered _11/01/2022, 11/22/2024_

Date  ( ) Indictment  ( x) Information    Filed _May 27, 2021_

Bail Status _In custody_

Will there be a request to expedite the appeal and set a schedule faster than that normally set? _Yes _x_ No
(Note: This does not alleviate requirement of ___ a motion to expedite which must be done in accordance with FRAP 27).

---

*Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036 must be completed and court reporter contacted to make arrangements for transcription.

C:\list\FORMS\Notice.fed