

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-7229
Originating Case Number: 3:21-cr-01590-JLS-1
Case Title: United States of America v. Serrano

**Monday, December 16, 2024**
Jose Angel Serrano                                  Appeal Transcript Order Due

**Tuesday, January 14, 2025**
Jose Angel Serrano                                  Appeal Transcript Due

**Monday, February 24, 2025**
Jose Angel Serrano                                  Appeal Opening Brief Due

**Tuesday, March 25, 2025**
United States of America                            Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**